In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00457-CV
_____


IN THE INTEREST OF J.D.G. AND J.D.G.

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-214,737-B**

_____

**MEMORANDUM OPINION**

Kenneth Lee Griffin, Appellant, filed a notice of appeal with the trial court on November 27, 2017. Despite written notices from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notices.

Appellant did not file a statement of inability to pay costs and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

      APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 28, 2018
Opinion Delivered March 29, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.

2